Order issued November 20 , 2012

005015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-12-00836-CV
_____

**JOHN REEDER, Appellant**

**V.**

**BILLIE BREWER CURRY, INDIVIDUALLY AND
AS SUCCESSOR TO W.C. BREWER, DECEASED, ET AL., Appellees**

## ORDER

We **GRANT** appellant's November 15, 2012 unopposed motion to file an amended brief. We

**ORDER** the amended brief tendered to this Court by appellant on November 15, 2012 filed as of the

date of this order.

ELIZABETH LANG-MIERS
JUSTICE